

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| OTIS MAURICE ROBINSON, | § | |
|     Petitioner, | § | Civil Action No. 6:22-01927-MGL |
| | § | |
| vs. | § | |
| | § | |
| WARDEN BROAD RIVER | § | |
| CORRECTIONAL INSTITUTION, | § | |
|     Respondent. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND DISMISSING SECTION 2254 PETITION AS TIME-BARRED**

Petitioner Otis Maurice Robinson (Robinson), proceeding pro se, filed a habeas corpus petition under 28 U.S.C. § 2254 against Warden Broad River Correctional Institution (WBRCI).

This matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge recommending this Court dismiss Robinson's Section 2254 petition as time-barred. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on September 8, 2022.  To date, Robinson has failed to file any objections.  "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'"  *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).  Moreover, a failure to object waives appellate review.  *Wright v. Collins*, 766 F.2d 841, 845–46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case under the standard set forth above, the Court adopts the Report, and incorporates it herein.  Therefore, it is the judgment of the Court Robinson's Section 2254 petition is **DISMISSED WITH PREJUDICE** as time-barred.  All other pending motions are **DEEMED AS MOOT**.

**IT IS SO ORDERED.**

Signed this 18th day of October 2022, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.